JPML FORM 1A - Continuation                                DOCKET ENTRIES -- p. 1

DOCKET NO. 501 -- In re Air Crash in the Northern Territory of Australia on October 6, 1979

~~82/04/05-2-----NOTICE OF JOINDER -- defts. Helicopters Exporters, Inc.,~~

| Date | Ref | Pleading Description |
|---|---|---|
| 82/03/22 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- Pltfs. Patricia Mary Petty w/cert. of svc.<br>SUGGESTED TRANSFEREE DISTRICT: E.D. California<br>SUGGESTED TRANSFEREE JUDGE:  (ds) |
| 82/04/01 | | APPEARANCES -- JOSEPH F. MCDONOUGH, ESQ. for Lord Corporation, Lord Kinematics, Inc., Lord Schematics, Inc., Lord Manufacturing Co., Inc., and Lord Corporation and Kinematics; PHILIP L. JOHNSON, ESQ. for Heli-Parts, Inc., Hiller Aviation, Inc., Helicopter Exporters, Inc., ~~and Hiller Aircraft Co.~~ (ds) |
| 82/04/01 | | HEARING ORDER -- Setting motion to consolidate A-1 through A-3 for Panel hearing in San Francisco, Calif. on April 29, 1982 (cds) |
| 82/04/05 | | APPEARANCE: GARRY L. MONTANARI, ESQ. for R.A.V. Aviation, et al. (cds) |
| 82/04/05 | 2 | NOTICE OF JOINDER -- defts. Helicopters Exporters, Inc., Heli-Parts, Inc., and Hiller Aviation w/cert. of svc.(ds) |
| 82/04/06 | 3 | RESPONSE/BRIEF -- Lord Corp.; Lord Kinematics; Lord Kinematics, Inc.; Lord Schematics, Inc. and Lord Manufacturing Co., Inc. w/cert. of svc. (ds) |
| 82/04/06 | 4 | JOINDER IN MOTION -- Pltfs. R.A.V. Aviation, B.A. Raffles and R.A. Vaughan w/cert. of svc. (ds) |
| 82/04/06 | 5 | LETTER -- Lord Corp., et al. -- re: Status of A-3 (ds) |
| 82/04/23 | 6 | RESPONSE -- (to pldg. No. 3) -- pltfs. Petty w/cert. of svc. (ds) |
| 82/04/23 | | WAIVERS OF ORAL ARGUMENT: ALL PARTIES WAIVED (emh) |
| 82/05/17 | | TRANSFER ORDER -- Transferring A-2 and A-3 to the Eastern District of California for assignment to Judge Lawrence K. Karlton -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |
| 82/05/17 | | CONSENT OF TRANSFEREE DISTRICT -- Signed by Chief Judge Philip C. Wilkins, E.D.Calif., for assignment of actions to Judge Karlton (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 501 -- In re Air Crash in the Northern Territory of Australia on October 6, 1979

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/09/26 | 7 | SUGGESTION FOR REMAND -- A-2 R.A.V. Aviation, B.A. Rafles, et al. v. Hiller Aviation, Inc., et al., E.D. Cal., C.A. No. S-82-477-LKK (C.D. Cal., C.A. No. 81-5205) -- signed by Judge Lawrence K. Karlton of E.D. Cal. (rh) |
| 85/09/26 | | CONDITIONAL REMAND ORDER FILED TODAY -- A-2 R.A.V. Aviation, B.A. Rafles, et al. Hiller Aviation, Inc., et al., E.D. Cal., C.A. No. S-82-477-LKK, (C.D. Cal., C.A. No. 81-5205) -- Notified involved counsel and judge (rh) |
| 85/10/15 | | CONDITIONAL REMAND ORDER FINAL TODAY -- A-2 R.A.V. AVIATION, B.A. Rafles, et al. Hiller Aviation, Inc., et al., E.D. Cal., C.A. No. S-82-477-LKK, (C.D. Cal., C.A. No. 81-5205) -- Notified involved clerks and judge (paa) |
| 86/03/13 | 8 | LETTER -- from Chief Judge Lawrence K. Karlton dated 2/26/86 requesting CRO be vacated -- With Supporting Paper (rh) |
| 86/03/13 | | ORDER VACATING CONDITIONAL REMADND ORDER -- A-2 R.A.V. Aviation, B.A. Rafles, et al. v. Hiller Aviation, Inc., et al., E.D. Cal. C.A. No. S-82-477-LKK (C.D. Cal., C.A. No. 81-5205) -- Notified involved counsel, judge, and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 501 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Crash Disaster in the Northern Territory of Australia, on October 6, 1979

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | May 17, 1982 | TO | Unpublished | E.D. California | Lawrence K. Karlton | |

Special Transferee Information

DATE CLOSED: 10/15/85

Marianne Matherly 916-440-2171
Deputy Clerk

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 501 -- In re Air Crash in the Northern Territory of Australia on October 6, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Patricia Mary Petty, etc. v. Heli-Parts, Inc., et al. | E.D.Cal. Karlton | CIVS 81-945 LKK | | | 5/21/85 | |
| A-2 | R.A.V. Aviation, B.A. Rafles, et al. v. Hiller Aviation, Inc., et al. | C.D.Cal. Kenyon | 81-5205 | 5/17/82 | S-82-??? LKK | 10/15/85 | 3-13-86 Vacated CBD |
| A-3 | Patricia Mary Petty, etc. v. Lord Corp. and/or Lord Kinematics | W.D.Pa. Mencer | 81-231 ERIE | 5/17/82 | S82-440 LKK | 5/21/85 | |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 501 -- In re Air Crash Disaster in the Northern Territory of Australia, on October 6, 1979

| | |
|---|---|
| PATRICIA MARY PETTY, ETC. (A-1 & A-3) (No app. received) Albert R. Abramson, Esquire Abramson & Bianco 44 Montgomery Street Suite 985 San Francisco, California 94104 <br><br> R.A.V. AVIATION, B.A. RAFLES, ET AL. (A-2) Garry L. Montanari, Esq. Hart & Michaelis 9841 Airport Boulevard Los Angeles, California 90045 | HELI-PARTS, INC. HILLER AVIATION, INC. HELICOPTER EXPORTERS, INC. <br><br> Philip L. Johnson, Esquire Engstrom, Lipscomb & Lack 3250 Wilshire Boulevard Suite 2102 Los Angeles, California 90010 <br><br> LORD CORPORATION LORD KINEMATICS, INC. LORD SCHEMATICS, INC. LORD MANUFACTURING CO., INC. LORD CORPORATION AND KINEMATICS Joseph F. McDonough, Esquire Manion, Alder & Cohen 718 Fifth Avenue Pittsburgh, Pennsylvania 15219 <br><br> HILLER AIRCRAFT CO. Defunct Company |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 501 -- In re Air Crash Disaster in the Northern Territory of Australia on October 6, 1979

| Name of Party | Named as Party in Following Actions |
|---|---|
| Heli-Parts, Inc. | A-1 |
| Hiller Aviation | A-1, A-2 |
| Helicopter Exporters, Inc. | A-1 |
| Lord Corporation and Kinematics | A-1, A-2 |
| Hiller Aircraft Co. / Aircraft Co. X | A-2 |
| Lord Schematics, Inc. | A-2 |
| Lord Manufacturing Co. | A-2 |
| Lord Corporation | A-2 |
| Lord Kinematics, Inc. | A-2 |