JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY 17 1982

PATRICIA D. HOWARD
CLERK OF THE ...

5/17/82

DOCKET NO. 501

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER IN THE NORTHERN TERRITORY OF AUSTRALIA ON OCTOBER 6, 1979

TRANSFER ORDER*

This litigation consists of three actions pending in three federal districts: one each in the Eastern District of California, the Central District of California, and the Western District of Pennsylvania. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, to centralize all actions in the Eastern District of California for coordinated or consolidated pretrial proceedings. The motion is brought by Patricia Petty, plaintiff in two of the actions.

On the basis of the papers filed,[1] the Panel finds that these actions involve common questions of fact and that centralization of these actions under Section 1407 in the Eastern District of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions share numerous factual questions concerning the cause or causes of a helicopter crash in the Northern Territory of Australia. Centralization under Section 1407 is therefore necessary in order to prevent duplication of discovery, to avoid inconsistent pretrial rulings, and to conserve the resources of the parties, their counsel, and the judiciary.

The Eastern District of California is the most preferable transferee district because the helicopter was designed and built there and the vast majority of documents relevant to the litigation can be found within the Eastern District. In addition, several of the defendant corporations maintain their principal places of business in or near the Eastern District.

---

\* Judge Charles R. Weiner took no part in the decision of this matter.

1/ The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the Central District of California and the Western District of Pennsylvania be, and the same hereby are, transferred to the Eastern District of California and, with the consent of that court, assigned to the Honorable Lawrence K. Karlton for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

<u>MDL-501</u> -- In re Air Crash Disaster in the Northern Territory of Australia on October 6, 1979

    <u>Central District of California</u>

R.A.V. Aviation, B.A. Rafles, et al. v. Hiller Aviation, Inc., et al., C.A. No. CV81-5205

    <u>Western District of Pennsylvania</u>

Patricia Mary Petty, etc. v. Lord Corp. and/or Lord Kinematics, C.A. No. 81-231 (Erie)

    <u>Eastern District of California</u>

Patricia Mary Petty, etc. v. Heliparts, Inc., et al., C.A. No. CIV. 81-945-LKK